

Alston √

# CBH MEDICAL

APR 2 3 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SICK CALL REQUEST

1:25cv716-RDA-LRV

**FROM: (PLEASE PRINT)**

Name: Ninekka Henderson Nikki    ID#: 11868

DOB: 08/28/1987    Unit/Cell: M4U    Date/Time: 08/06/2024/8pm

**PROBLEM:**

To have a procedure done on Thumb to tell if it sprained or bruised and any nerve damage done still in pain sensitive to touch.

| DATE/TIME RECEIVED: | Nurse Signature: |
|---|---|

TRIAGE DECISION BY NURSING STAFF (Only check ONE box below):

___Urgent

___ Refer to Behavioral Health

___ Refer to Nurse Sick Call

✓ Other:

You have an appointment with the provider for follow-up on this issue.

TRIAGE DATE/TIME: 8/6/2024 2250    Nurse Signature: Mele RN



RECEIVED

APR 22 2025

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

# Inmate Request Form
## Meherrin River Regional Jail

Date of Request: _7-26-24_

Name: _N Nick Henderson_   Housing Unit: _H 4_ Cell/Bunk: _____ Race & Sex: _____

Date of Birth: _08-28-1957_   Your Request: _To stay in mental cell until a_
_better situation happens for me to get transferred to another_
_jail I don't want to no longer be housed in any pod here_
_or stay at jail they messed with my freedom and my_
_mental health and emotions. I don't feel its safe for me to_
_stay here at this jail Nothing come for me true. I don't wish to_
_Go on unit I want to do my time else where._

**DO NOT WRITE BELOW THIS LINE ATTACH ADDITIONAL PAPER IF NEEDED**

Officers Actions: _forward to medical (Green)_
_____

Officers: _Tanner_ _____   _(signature)_ _____   _07-26-24_
        PRINT NAME            SIGNATURE           DATE

Shift Commanders Actions: _____

Shift Commander: _____   _____   _____
        PRINT NAME         SIGNATURE          DATE

Final Action (if required): _____

Employee's: _____   _____   _____
        PRINT NAME         SIGNATURE          DATE

White Copy – File     Yellow Copy – Inmate (after Final Action)     Pink Copy – Inmate (after Officer's Action)     JB Rev. 4/12

Form #13817

# Inmate Request Form
## Meherrin River Regional Jail

Date of Request: _____

Name: Nneka henderson _____ Housing Unit: ____ Cell/Bunk: _____ Race & Sex: _____

Date of Birth: 08-28-1987 ___ Your Request: To be transfered to a different facility to do duration of time to keep from catching charges and being around a petty ofc who caused me harm and keep harrassing me talking down to me and im in a at mental health (LT. Jacobs) I fear my safety at this jail with this particular ofc and I feel others are gonna Retaliate against me so its not a Good thing for anybody safety for me to stay. I dont feel safe I feel threatened.

**DO NOT WRITE BELOW THIS LINE ATTACH ADDITIONAL PAPER IF NEEDED**

Officers Actions: _____ Forward to shift command _____

_____

_____

Officers: ____Tanner_____ ____[signature]____ 07.26.24
           PRINT NAME            SIGNATURE              DATE

Shift Commanders Actions: _____

_____

_____

Shift Commander: _____ _____ _____
                  PRINT NAME         SIGNATURE        DATE

Final Action (if required): _____

_____

_____

_____

_____

_____

Employee's: _____ _____ _____
             PRINT NAME         SIGNATURE        DATE

White Copy – File     Yellow Copy – Inmate (after Final Action)     Pink Copy – Inmate (after Officer's Action)     JB Rev. 4/12
                                                                                                                    Form #13817

# Inmate Request Form
## Meherrin River Regional Jail

Date of Request: 7-16-2024

henderson #1184

Name: N'Neka Nikki Mjaye    Housing Unit: M112    Cell/Bunk: _____    Race & Sex: Other

Date of Birth: 08-28-1987    Your Request: To Not have LT. Jacobs have any more contact of any kind with me. he is rude arrogant and a very immature Boy that don't know how to speak to people. I wish to not have Jacobs handle any cases concerns dealing with me at all. Being that he put the ofc's at Risk and me and my mental health was hurt and I was badly injured I want a different LT. CaPt. for now on to deal with me personally.

### DO NOT WRITE BELOW THIS LINE ATTACH ADDITIONAL PAPER IF NEEDED

Officers Actions: _____ forward to Shift Command _____

_____

_____

Officers: _____ Tanner _____ _____ Tanner _____ CT.20.74
        PRINT NAME                    SIGNATURE            DATE

Shift Commanders Actions: _____

_____

_____

Shift Commander: _____ _____ _____
                PRINT NAME        SIGNATURE        DATE

Final Action (if required): _____

_____

_____

_____

_____

_____

Employee's: _____ _____ _____
           PRINT NAME        SIGNATURE        DATE

White Copy – File    Yellow Copy – Inmate (after Final Action)    Pink Copy – Inmate (after Officer's Action)    JB Rev. 4/12

Form #13817